■ Lori J. Bovay, Respondent, v Scott Podolsky, Appellant, et al., Defendants. (Appeal No. 2.) [698 NYS2d 213] —Appeal unanimously dismissed without costs (*see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.*, 147 AD2d 977). (Appeal from Order of Supreme Court, Oswego County, Nicholson, J.—Negligence.) Present—Denman, P. J., Pine, Wisner, Pigott, Jr., and Callahan, JJ.